IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMY LIVINGSTON,

    Plaintiff,

v.                                                             No. 17-cv-0854 SMV/GBW

BOARD OF COUNTY COMMISSIONERS
OF LUNA COUNTY, CURTIS ASAY,
MARTHA DOMINGUEZ, LINDA DAY,
KAREN VASQUEZ, PRESBYTERIAN
MEDICAL SERVICES,
and JANE DOES 1 AND 2,

    Defendants.[1]

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**     October 22, 2018, at 11:00 a.m.

**Matter to be heard:**   Status conference to set trial

**IT IS ORDERED** that a telephonic status conference is set for **October 22, 2018, at 11:00 a.m.** Counsel shall be prepared to discuss the status of the case, as well as the scheduling and location of the trial and significant pretrial hearings. Counsel are encouraged to confer with each other *prior* to the hearing regarding their schedules and preferences for a trial setting. Counsel are reminded to have their calendars available for the hearing. Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[2]

**IT IS SO ORDERED.**

                                                                   **STEPHAN M. VIDMAR**
                                                                   **United States Magistrate Judge**
                                                                   **Presiding by Consent**

---

[1] Plaintiff's First Amended Complaint [Doc. 61] does not list Jane Does 1 and 2 as Defendants.
[2] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.